IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DEWITT LAVON THOMAS et al. | : | |
| Plaintiffs | : | |
| vs. | : | Civil Action No. CCB-03-488 |
| | : | |
| MAYOR AND CITY COUNCIL OF BALTIMORE et al. | : | |
| Defendants | : | |
| | : | |
| | : | |

## LOCAL RULE 103.5 CERTIFICATE

The Mayor and City Council of Baltimore, by its attorney, William R. Phelan, Jr., Principal Counsel, acting for all removing parties, certifies, pursuant to Local Rule 103.5, that a review of the file for Case No. 24-C-03-000285 in the Circuit Court for Baltimore City on March 19, 2003 reveals that there are no additional papers in the state court's file that have not already been filed in this Court as attachments to the Notice of Removal filed on February 21, 2003.

/s/
WILLIAM R. PHELAN, JR. (24490)
Principal Counsel
BALTIMORE CITY DEPARTMENT OF LAW
100 Holliday Street
Baltimore, Maryland 21202
410-396-4094; 410-547-1025 (fax)
Attorney for Mayor and City Council of Baltimore, Defendant