IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DEWITT LAVON THOMAS et al. | : | |
| Plaintiffs | : | |
| vs. | : | Civil Action No. CCB-03-488 |
| | : | |
| MAYOR AND CITY COUNCIL OF BALTIMORE et al. | : | |
| Defendants | : | |
| | : | |
| | : | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 20th day of March, 2003, a copy of the foregoing Local Rule 103.5 Certificate was mailed, first class postage prepaid, to Ira J. Fine, Associate Legal Counsel, Office of Legal Affairs, Baltimore Police Department, 242 West 29th Street, Baltimore, Maryland 21211.

                                                /s/
                                      William R. Phelan, Jr.
                                      Principal Counsel
                                      BALTIMORE CITY DEPARTMENT OF LAW
                                      100 Holliday Street
                                      Baltimore, Maryland 21202
                                      410-396-4094; 410-547-1025 (fax)
                                      Attorney for Mayor and City Council of Baltimore, Defendant