IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DEWITT LAVON THOMAS, ET AL.        :
                                   :
    v.                             :   CIVIL NO. CCB-03-488
                                   :
OFFICER KEITH GLADSTONE, ET AL.    :

...o0o...

## ORDER

Various motions are pending and have been considered. My rulings follow.

1. The plaintiffs' Motion for Leave to File Amended Complaint (Docket No. 5), which removes the Mayor and City Council as a defendant and removes all federal claims, has not been opposed and is hereby **Granted**;

2. The defendant Mayor and City Council's Motion to Dismiss (Docket No. 4) is **Denied as moot**;

3. The plaintiffs' Motion to Remand this case to the Circuit Court for Baltimore City (Docket No. 5) is **Granted**;

4. The plaintiffs' Motion for Continuance or Stay (Docket No. 8) is **Denied as moot**;

5. This case is **Remanded** to the Circuit Court for Baltimore City; and

6. The Clerk shall send copies of this Order to counsel of record.


  April 9, 2003                                               /s/
      Date                                                    Catherine C. Blake
                                                            United States District Judge