**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
**DISTRICT OF MARYLAND**

Felicia C. Cannon, Clerk					Reply to Northern Division Address

April 9, 2003

Circuit Court for Baltimore City
Frank M. Conaway, Clerk
Courthouse East
111 N. Calvert Street, Rm. 462
Baltimore, Maryland 21202

RE:  Thomas, et al. v. Gladstone, et al.
     Civil Action No. CCB 03-488
     Circuit Court Case No. 24-C-03-00285

Dear Clerk:

On 4/9/03, the Honorable Judge Catherine C. Blake signed an order remanding the above-entitled case to your Court. Enclosed is a certified copy of the order, together with a certified copy of the docket entries. We have discontinued our previous practice of sending the state court original papers which were filed in this Court. Should you need certified copies of any papers you may contact the Deputy Clerk below.

Kindly acknowledge receipt of the enclosed on the duplicate copy of this letter.

Thank you for your cooperation in this matter.

					Sincerely,

					Felicia C. Cannon, Clerk

				By:	/s/
					Evaleen Gibbons
					Deputy Clerk

Enclosures
cc:	The Honorable Judge Catherine C. Blake
	Counsel

ACKNOWLEDGED RECEIPT THIS _____ DAY OF _____, 20__

U.S. District Court (Rev. 9/4/2001) - Remand Letter to Court

---

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201 • 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov